Joel E. Tasca, Esq.
Nevada Bar No. 14124
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*
*Smith-Palluck Associates Corp.,*
*d/b/a Las Vegas Athletic Clubs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RENTERIA, individually and on behalf of all and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP. d/b/a LAS VEGAS ATHLETIC CLUBS,<br><br>        Defendant. | Case No. 2:19-cv-01261-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

Plaintiff Jose Renteria ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC")[1] stipulate and agree that LVAC has up to and including October 7, 2019, to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for LVAC to prepare a response.

*[Continued on the following page.]*

---

[1] By filing this Stipulation, LVAC is not waiving any defense, affirmative or otherwise, it may have in this matter.

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

This is the second request for an extension, and it is made in good faith and not for purposes of delay.

DATED this 11th day of September, 2019.

KNEPPER & CLARK LLC

By: /s/ Miles N. Clark
    Matthew I. Knepper, Esq.
    Nevada Bar No. 12796
    Miles N. Clark, Esq.
    Nevada Bar No. 13848
    5510 So. Fort Apache Road
    Suite 30
    Las Vegas, NV 89148

    David H. Krieger, Esq.
    Nevada Bar No. 9086
    George Haines, Esq.
    Nevada Bar No. 9411
    Shawn Miller, Esq.
    Nevada Bar No. 7825
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue, Suite 350
    Henderson, Nevada 89123

*Attorneys for Plaintiff Jose Renteria*

BALLARD SPAHR LLP

By: /s/ Joel E. Tasca
    Joel E. Tasca, Esq.
    Nevada Bar No. 14124
    Stacy H. Rubin, Esq.
    Nevada Bar No. 9298
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant Smith‑ Palluck Associates Corp., d/b/a Las Vegas Athletic Club*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2019

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070