# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSE RENTERIA,

    Plaintiff(s),

v.

SMITH-PALLUCK ASSOCIATES CORP.,

    Defendant(s).

Case No.: 2:19-cv-01261-JAD-NJK

**ORDER**

(Docket No 9.)

Pending before the Court is the parties' discovery plan that requests special scheduling. Docket No. 9. If the parties seek deadlines beyond those specified in Local Rule 26-1(b)(1), their discovery plan must comply with Local Rule 26-1(a). Accordingly, the discovery plan is **DENIED**.

The parties must submit a discovery plan that complies with Local Rule 26-1 no later than September 26, 2019.

IT IS SO ORDERED.

Dated: September 23, 2019

                                                       Nancy J. Koppe
                                                     United States Magistrate Judge