Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSE RENTERIA,<br><br>    Plaintiff,<br><br>v.<br><br>SMITH-PALLUCK ASSOCIATES CORP., doing business as LAS VEGAS ATHLETIC CLUBS,<br><br>    Defendants. | Case No. 2:19-cv-01261-JAD-NJK<br><br>**STIPULATION AND ORDER DISMISSING SMITH-PALLUCK ASSOCIATES CORP., D/B/A LAS VEGAS ATHLETIC CLUBS, WITH PREJUDICE**<br><br>Complaint filed: July 22, 2019<br><br><br>ECF No. 26 |

PLEASE TAKE NOTICE that Plaintiff Jose Renteria ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff and LVAC to be determined by the Court, and LVAC is the only defendant. Plaintiff hereby stipulates that all of his claims and causes of action against LVAC, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated January 14, 2020.

| **KNEPPER & CLARK LLC** | **BALLARD SPAHR LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Stacy H. Rubin* |
| Matthew I. Knepper, Esq. | Joel E. Tasca, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 14124 |
| Miles N. Clark, Esq. | Stacy H. Rubin, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 9298 |
| 5510 So. Fort Apache Rd, Suite 30 | 1980 Festival Plaza Drive, Suite 900 |
| Las Vegas, NV 89148 | Las Vegas, NV 89135 |
| Email: matthew.knepper@knepperclark.com | Email: tasca@ballardspahr.com |
| Email: miles.clark@knepperclark.com | Email: rubins@ballardspahr.com |
| | |
| **HAINES & KRIEGER LLC** | *Counsel for Defendant* |
| David H. Krieger, Esq. | *Smith-Palluck Associates Corp d/b/a Las Vegas Athletic Clubs* |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Las Vegas, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

## ORDER GRANTING STIPULATION OF DISMISSAL OF SMITH-PALLUCK ASSOCIATES CORP., D/B/A LAS VEGAS ATHLETIC CLUBS, WITH PREJUDICE

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2020

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430